

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00435-CR

**EX PARTE** Jorge Alberto **SANDOVAL**

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2018-CRF-000651-D1
Honorable Jose A. Lopez, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's September 9, 2020 order denying Jorge Alberto Sandoval's pretrial application for writ of habeas corpus is AFFIRMED.

SIGNED July 28, 2021.

_____
Liza A. Rodriguez, Justice